A. F. SMITHART V. THE STATE.

No. 19066.   Delivered June 16, 1937.
Rehearing Denied October 20, 1937.

The opinion states the case.

*Jack M. Moore* and *John H. Benckenstein,* both of Beaumont, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for driving a truck upon a highway with a load in excess of 7,000 pounds in weight; punishment, a fine of $25.

This is a companion case in all of its essential features to

that. of Morrison v. State, Cause No. 19065, opinion this day handed down (Page 141 of this volume). For the reasons stated in the Morrison case, and applying same to the facts and law in this case, the judgment will be affirmed.

*Affirmed.*

### ON MOTION FOR REHEARING.

MORROW, PRESIDING JUDGE.—Appellant moves for rehearing in this case upon the same grounds as set up by the same counsel in Cause No. 19065, Claude Morrison v. State (Page 141 of this volume). The contentions being the same and the issues the same, the motion for rehearing in this case is overruled for the reasons set forth in our opinion on rehearing in cause No. 19065, this day handed down.

*Overruled.*